N THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHELLE LYNN JOHNSON                                                         PLAINTIFF

vs.                                        Civil No. 4:11-cv-04014

MICHAEL J. ASTRUE                                                             DEFENDANT
Commissioner, Social Security Administration

## **J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 24th day of January, 2012.**

                                                                  s/ Barry A. Bryant
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE